**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JUAN FORTUNA,

                Plaintiff,                              19 **CIVIL** 11066 (JCM)

      -against-                                  **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,

                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated March 15, 2021, Plaintiff's motion is granted in part and denied in part, Defendant's cross-motion is granted in part and denied in part, and this case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this Court's Opinion & Order; accordingly, the case is closed.

**Dated:**  New York, New York
          March 17, 2021

                                                    **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                                 **BY:**
                                                        **Deputy Clerk**